| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Richard Daniel McClure |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | Monica Lynn McClure |
| | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 15-11196 |


FILED
JUN 18 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Check if this is:
☐ An amended filing
☑ A supplement showing post-petition chapter 13 income as of the following date:
06/18/2015
MM / DD / YYYY

## Official Form B 6I
# Schedule I: Your Income                                                                 12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| Occupation | Manager/owner | Maintenance |
| Employer's name | Rick's Bicycle Shop | SVUSD |
| Employer's address | 4210 E LA Avenue | 875 E Cochran St |
| | Simi Valley CA 93065 | Simi Valley CA 93065 |
| How long employed there? | 2 yrs | 5 yrs |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $3,200 | $2,500 |
| 3. Estimate and list monthly overtime pay. | +$ — | +$ — |
| 4. Calculate gross income. Add line 2 + line 3. | $3,200 | $2,500.00 |

Debtor 1 __Richard Daniel McClure__ Case number (if known) __15-11196__
First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............ → 4. | $ | $ |

5. **List all payroll deductions:**

   5a. Tax, Medicare, and Social Security deductions     5a. $_____  $_____
   5b. Mandatory contributions for retirement plans      5b. $_____  $_____
   5c. Voluntary contributions for retirement plans      5c. $_____  $_____
   5d. Required repayments of retirement fund loans      5d. $_____  $_____
   5e. Insurance                                          5e. $_____  $_____
   5f. Domestic support obligations                       5f. $_____  $_____
   5g. Union dues                                         5g. $_____  $_____
   5h. Other deductions. Specify: _____              5h. +$_____ +$_____

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6. $_____  $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $_____  $_____

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $_____  $_____
   8b. **Interest and dividends**   8b. $_____  $_____
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $_____  $_____
   8d. **Unemployment compensation**   8d. $_____  $_____
   8e. **Social Security**   8e. $_____  $_____
   8f. **Other government assistance that you regularly receive**
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: _____   8f. $_____  $_____
   8g. **Pension or retirement income**   8g. $_____  $_____
   8h. **Other monthly income.** Specify: _____   8h. +$_____ +$_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $_____  $_____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $_____ + $_____ = $_____

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11. +$_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12. $_____
    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☐ Yes. Explain: _____

Official Form B 6I    Schedule I: Your Income    page 2